IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RAYMOND C. MILLER, JR.,**
    Petitioner,

vs.                                        Case No. 4:07cv415/RH/MD

**STATE OF FLORIDA,**
    Respondent.
_____

**O R D E R**

    Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 (doc. 1), together with a motion to proceed *in forma pauperis* (doc. 6). From a review of the petitioner's institution certificate, it appears that although at the time of filing his petition the petitioner had a $0.09 balance in his account, over the past six months he had deposits totaling $200.00. As the filing fee for a petition for writ of habeas corpus is only $5.00, petitioner will be required to pay the fee.

    Accordingly, it is ORDERED:

    1.    Petitioner's motion to proceed *in forma pauperis* (doc. 6) is DENIED.

    2.    Petitioner shall submit payment of $5.00 to the Clerk of Court within **THIRTY (30) DAYS** from the date of this order. The check should be made payable to "Clerk, U. S. District Court." Failure of petitioner to submit this amount may result in a recommendation to the District Court that this case be dismissed.

    DONE AND ORDERED this 2nd day of November, 2007.

                                      /s/ *Miles Davis*
                                      **MILES DAVIS**
                                      **UNITED STATES MAGISTRATE JUDGE**