# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RAYMOND C. MILLER, JR.,

    Petitioner,

v.                                    CASE NO. 4:07cv415-RH/MD

JAMES R. McDONOUGH,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 17), and the objections (document 18). I have reviewed de novo the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The respondent's motion to dismiss (document 12) is GRANTED. The clerk shall enter judgment stating, "The petition under 28 U.S.C. § 2254 is DISMISSED without prejudice." The clerk shall send the petitioner the Eleventh Circuit's form application for leave to file a second or successive petition and shall

close the file.

      SO ORDERED this 25th day of May, 2008.

                                          <u>s/Robert L. Hinkle</u>
                                          Chief United States District Judge